■ BENJAMIN STEPHENS, JR., Appellant, v CHARLES SCULLY et al., Respondents.—In a claim to recover damages for dental malpractice, the claimant appeals from an order of the Court of Claims (McCabe, J.), dated December 1, 1987, which denied as academic his motion to amend the claim in light of the previous dismissal of the claim.

Ordered that the order is affirmed, without costs or disbursements.

The claimant's motion was properly denied, as the claim had previously been dismissed. Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.